ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
JOSE MIGUEL LIZARRAGA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-CR-00384-AWI |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING SENTENCING |
| JOSE MIGUEL LIZARRAGA LOPEZ, | ) |
| Defendants. | ) |

Defendant , JOSE MIGUEL LIZARRAGA LOPEZ, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, YASIN MOHAMMAD, Assistant United States Attorney, hereby stipulate and request the following:

1.  The sentencing presently set for October 17, 2011 be continued to November 14, 2011, at 9:00 a.m.

2. Assistant U.S. Attorney is not available on October 17, 2011.

1

Further, the defendant has opted to enter a change of plea with a plea agreement.  The parties need additional time to coordinate a Safety Valve debrief with the defendant.

3. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated:  October 12, 2011           /s/ Robert L. Forkner
                                   ROBERT L. FORKNER
                                   Attorney for Defendant
                                   JOSE MIGUEL LIZARRAGA LOPEZ

Dated:  October 12, 2011           BENJAMIN B. WAGNER
                                   United States Attorney


                               by: /s/ YASIN MOHAMMAD
                                   Assistant United States
                                   Attorney

ROBERT L. FORKNER (CSB# 106697)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
JOSE MIGUEL LIZARRAGA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MIGUEL LIZARRAGA LOPEZ,<br><br>    Defendants. | No. 1:10CR-00384-AWI<br><br>ORDER TO<br>CONTINUE CHANGE OF PLEA |

GOOD CAUSE APPEARING, it is hereby ordered that the October 17, 2011 Sentencing be continued to November 14, 2011 at 9:00 a.m. for change of plea. I find that the ends of justice warrant an exclusion of time and the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)from the date of this order to November 14, 2011.

/ / /

/ / /

IT IS SO ORDERED.

Dated:   October 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE